1  Carolyn Hunt Cottrell (SBN 166977)
2  Nicole N. Coon (SBN 286283)
   SCHNEIDER WALLACE
3  COTTRELL KONECKY WOTKYNS LLP
   2000 Powell Street, Suite 1400
4  Emeryville, California 94608
5  Tel: (415) 421-7100
   Fax: (415) 421-7105
6
7  Attorneys for Plaintiff and the Putative Class
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA JETER-POLK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASUAL MALE STORE, LLC and DESTINATION XL GROUP, INC.,<br><br>Defendants. | Case No. 5:14-CV-00891-VAP (DTB)<br>Hon. Virginia A. Phillips<br><br>Date: Monday February 8, 2016<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on Monday February 8, 2016, at 2:00 p.m. in Courtroom 2 of the George E. Brown, Jr. Federal Building before Honorable Virginia Phillips of the United States District Court, Central District of California, Plaintiff Breana Jeter-Polk, on behalf of herself and all others similarly situated, ("Plaintiff") moves the Court for preliminary approval of the Stipulation of Settlement and Release (the "Settlement Agreement" or the "Settlement," attached as **Exhibit 1** to this motion) as to the California Class. In particular, Plaintiff moves for orders:

(1) granting preliminary approval of the Settlement Agreement as to the California Class;

(2) certifying the California Class for settlement purposes;

(3) approving the proposed schedule and procedure for completing the final approval process of the settlement as to the California Class, including scheduling the final fairness hearing date;

(4) approving the Notice of Proposed Class Action Settlement, Hearing Date for Court Approval, and Claims Procedure ("Class Notice") (attached as **Exhibit 1** to the Settlement Agreement) and California Class Form ("Class Form") (attached as **Exhibit 2** to the Settlement Agreement);

(5) preliminarily appointing and approving Schneider Wallace Cottrell Konecky Wotkyns LLP as Counsel for the Class;

(6) preliminarily approving Class Counsel's request for attorneys' fees and costs;

(7) preliminarily appointing and approving the Named Plaintiff, Breana Jeter-Polk, as Class Representative for the California Class;

(8) preliminarily approving a service payment to the Named Plaintiff, Breana Jeter-Polk;

(9) preliminarily appointing and approving CPT Group as the Settlement

---

1

PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
*Jeter-Polk, et al. v. Casual Male Store, LLC, et al.*, Case No. 5:14-CV-00891-VAP (DTB)

1 Administrator for the California Class; and

2    (10)   authorizing the Settlement Administrator to mail the approved Class
3 Notice to the California Class.

4      This Motion is based on this notice, the following attached Memorandum of
5 Points and Authorities, the Declaration of Carolyn Hunt Cottrell ("Cottrell Decl."),
6 the Declaration of Breana Jeter-Polk ("Jeter-Polk Decl."), and all other records,
7 pleadings, and papers on file in this action and such other evidence or argument as
8 may be presented to the Court at the hearing on this Motion.  Accompanying this
9 Motion is also Plaintiffs' Proposed Order Granting Preliminary Approval of
10 Settlement as to California Class.

                              Respectfully submitted,

Date: January 11, 2016        */s/ Nicole N. Coon*
                                     CAROLYN HUNT COTTRELL
                                     NICOLE N. COON

                                     SCHNEIDER WALLACE
                                     COTTRELL KONECKY WOTKYNS LLP

## **CERTIFICATE OF SERVICE**

**BY ELECTRONIC SUBMISSION:**

I hereby certify that on January 11, 2016, I electronically filed the following above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system sent notification of such filing to the following:

Michael Mankes

Alaya B. Meyers

Heather M. Peck

Tracy R. Williams

Dated: January 11, 2016          Signed: /s/ *Nicole N. Coon*
                                          NICOLE N. COON

                                          SCHNEIDER WALLACE
                                          COTTRELL KONECKY WOTKYNS LLP

                                          Attorneys for Plaintiff and the Proposed Class